# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-231-FDW-DCK

| | |
|---|---|
| **TRISTAN FLUELLEN,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **HEALTHCARE RECEIVABLES GROUP, INC.,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Defendant's counsel, Kristen P. Watson, filed a "Notice Of Settlement" (Document No. 8) notifying the Court that the parties reached a settlement on June 17, 2020. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **August 4, 2020**.

**SO ORDERED**.

Signed: June 17, 2020

David C. Keesler
United States Magistrate Judge